```
                              FILED
                    CLERK, U.S. DISTRICT COURT

                         JUN 18 2015

                    CENTRAL DISTRICT OF CALIFORNIA
                    BY              DEPUTY
```

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 08-1311-SVW |
| Plaintiff, ) | ORDER OF DETENTION AFTER |
| ) | HEARING (Fed.R.Crim.P. 32.1(a)(6) |
| v. ) | Allegations of Violations of Probation/ |
| ) | Supervised Release Conditions) |
| EDGAR AVILA-NAJERA ) | |
| ) | |
| Defendant. ) | |

   On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

   The court finds no condition or combination of conditions that will reasonably assure:

   (A)  (X)  the appearance of defendant as required; and/or

   (B)  (X)  the safety of any person or the community.

//
//

The court concludes:

A. (X) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that: _he will refrain from criminal conduct_

(B) (✓) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that: _he will comply with conditions of release_

IT IS ORDERED that defendant be detained.

DATED: 6/18/15

SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE

2